**Michael GEORGE, Petitioner-Appellant,**

v.

**Bonita J. HOFFNER, Respondent-Appellee.**

**Case No. 16-2190**

United States Court of Appeals, Sixth Circuit.

Filed March 08, 2017

Peter Jon Van Hoek, State Appellate Defender Office, Detroit, MI, for Petitioner-Appellant

Andrea M. Christensen-Brown, Office of the Attorney General of Michigan, Lansing, MI, for Respondent-Appellee

BEFORE: MERRITT, COOK, and McKEAGUE, Circuit Judges.

COOK, Circuit Judge.

Michigan state prisoner Michael George seeks relief under 28 U.S.C. § 2254, challenging his jury trial convictions for first-degree murder, insurance fraud, false pretenses, and possession of a firearm during the commission of a felony. He alleges in part that there was insufficient evidence at trial to prove that he committed the crimes. The district court denied his petition, but granted a certificate of appealability on his sufficiency-of-the-evidence claim. We have evaluated this claim in light of the record, governing law, and parties' briefs. We find that the district court opinion on this issue expresses our view and that the issuance of a detailed opinion by this court would be duplicative and serve no useful purpose. Accordingly, we AFFIRM the district court's judgment denying George's § 2254 sufficiency-of-the-evidence claim for the reasons stated in that court's July 22, 2016 order.